**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

United States Courts
Southern District of Texas
ENTERED

JAN 1 7 2006

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| IN THE MATTER OF COMPUTER | § | GENERAL GALVESTON DIVISION |
| CODES PRINTED ON PROPOSED | § | SPECIAL ORDER NO. 2006-1 |
| ORDERS SUBMITTED TO THIS COURT | § | (Application limited to this Division only) |

**ORDER**   G • 06 - 313

Pursuant to Special Order No. 2005-1 issued April 4, 2005, the Court continues to note a frustrating tendency of counsel's inclusion of computer codes on proposed orders submitted for the signature of this Court. In the infancy of this problem, such codes were usually four or five digit numbers obscurely put on the lower left or right portion of such proposed orders. These were innocuous, and did not constitute much of a problem. However, as computers have grown in sophistication, so have these codes. Now, the Court is frequently confronted with proposed orders upon which are printed long and substantially cryptic references, often including several lines, and measuring as much as three or four inches of text. Inasmuch as these have nothing to do with the substance of the order, and are confusing to lay people not familiar with computer formats, particularly such as *pro se* litigants and the like, this practice will no longer be tolerated in this Court. Henceforth, it is accordingly

**ORDERED, ADJUDGED** and **DECREED** that any proposed order bearing any computer codes of any kind or description will be stricken. The Court will follow this practice through the close of business on December 31, 2006. Thereafter, any proposed order submitted with such inappropriate computer references will be subject to sanctions.

**IT IS SO ORDERED.**

**DONE** at Galveston, Texas this the 13th day of January, 2006.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE