IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| VELKIS JOHNSTON, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. G-06-CV-313 |
| | ) | |
| MULTIDATA SYSTEMS INTERNATIONAL CORP., | ) | |
| MDS NORDIAN, INC. | ) | |
| MDS (CANADA), INC., | ) | |
| and MDS, INC., | ) | |
| Defendants. | ) | |

## DEFENDANT MULTIDATA SYSTEMS INTERNATIONAL CORP.'S MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

COMES NOW Defendant, Multidata Systems International Corporation (hereinafter "MSIC"), who, pursuant to 28 U.S.C. § 1292(b), respectfully moves the Court for an Order certifying for immediate interlocutory appeal its Order of April 30, 2007. Additionally, Defendant MSIC moves the Court to stay all further proceedings in this case pending said appeal.

Respectfully submitted,

_____
**Douglas W. Poole, TX #16115600**
**Southern District #619**
McLeod, Alexander, Powel & Apffel,
A Professional Corporation
802 Rosenberg, P.O. Box 629
Galveston, Texas 77553-0629
Telephone: 409-763-2481
Facsimile: 409-762-1155

_____
Clayton E. Dickey, MO # 41269
Matthew S. Jensen, MO #49550
Jacquelyn C. Jovenal, MO #55003
**Rasmussen, Willis, Dickey & Moore, L.L.C.**
9200 Ward Parkway, Suite 310
Kansas City, Missouri 64114
Telephone (816) 960-1611
Facsimile (816) 960-1669

**Attorneys for Defendant
Multidata Systems International Corp.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel, in accordance with the Federal Rules of Civil Procedure, on this 14th day of May 2007.

Francis I. Spagnoletti
SPAGNOLETTI & CO.
1600 Smith Street, 45th Floor
Houston, Texas 77002-7348

Jeffrey K. Suess
Attorney at Law
1 South Memorial Drive, Suite 1800
St. Louis, Missouri 63102

James R. Watkins
Rynearson, Suess, Schnurbusch & Champion, L.L.C.
2102 Mechanic Street, Suite 205
Galveston, Texas 77550

_____
Douglas W. Poole